**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACOB SITZES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV00698 AGF |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's motion to reverse and remand this Social Security disability case pursuant to sentence four of 42 U.S.C. § 405(g). Following a hearing on Plaintiff's applications for child's insurance benefits and Supplemental Security Income, an Administrative Law Judge ("ALJ") found that Plaintiff was not disabled. The decision of the ALJ became the final decision of the Commissioner of Social Security, and Plaintiff sought judicial review of the adverse ruling.

The Commissioner now states that upon remand by the Court, the Appeals Council of the Social Security Administration will remand the case to an ALJ who will obtain updated treatment records, clearly articulate the evaluation of Plaintiff's credibility, reweigh the opinion of one Plaintiff's treating physicians, reevaluate Plaintiff's residual functional capacity, and, if necessary, obtain supplemental vocational

expert evidence to clarify the effects of the assessed limitations on Plaintiff's occupational base. Plaintiff has not filed any opposition to the Commissioner's motion, and the time to do so has expired.

Sentence four of 42 U.S.C. § 405(g) provides that upon judicial review, "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Court concludes that the Commissioner's motion should be granted in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to reverse and remand the case pursuant to sentence four of 42 U.S.C. § 405(g) is **GRANTED.** (Doc. No. 19.)

A separate Judgment shall accompany this Memorandum and Order.


AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE


Dated this 30th day of September, 2014.